IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



JOSEPH AMIKER AND BOBBIE AMIKER                              PLAINTIFFS

VS                                                    No. 3:05-CV-578-(W)(A)

DRUGS FOR LESS, INC. AND STAN MIXON                          DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL

CAME ON to be heard on the 2nd day of February, 2009 pursuant to previous order of the Court and the parties having entered into extensive settlement negotiations and having announced to the Court that all claims presented in this civil action had become finally and completely settled, the terms of which were specifically recited to the Court and the Court approved such terms after each party acknowledged the sufficiency of the settlement.

IT IS THEREFORE ORDERED that this civil action is finally and completely settled in consideration of the payment of certain sums of money within ten (10) days or simultaneous with the execution of settlement documents.

IT IS FURTHER ORDERED that the Clerk of the Circuit Court of Hinds County, Mississippi set over to Gilmer Law Firm all monies held within the registry of said Court as previously awarded trial expenses posted by Defendants as a supersedeas bond, said money being presently on deposit with Regions Bank Business Priority Money Market Account No. 5000244616.

IT IS FURTHER ORDERED that all claims presented, or amenable to assertion, are dismissed with prejudice. All parties are responsible for their own attorney fees, expenses and costs.

SO ORDERED, this the  17th  day of February, 2009.

                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

_____ Bar # 4856

_____
ATTORNEY FOR PLAINTIFFS/APPELLEES

_____
ATTORNEY FOR DEFENDANTS/APPELLANTS (MB# B492)